IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
Civil Action No. 1:22-CV-1091

| | |
|---|---|
| **WILLIAM DAVID FURR and SUMMER LYNN JORDAN,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **CITY OF ALBEMARLE, and T. PIERRE BREWTON, in his official and individual capacity as Chief of Albemarle Fire Department,** ) <br> ) <br> ) <br> ) <br> ) <br> **Defendants.** ) | **JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties jointly stipulate to the dismissal, *with prejudice*, of all claims in the above-referenced action.

Each party shall bear its own costs and attorneys' fees.

This the 24th day of July, 2024.

| | |
|---|---|
| **JAMES, McELROY & DIEHL, P.A** | **CRANFILL SUMNER LLP** |
| /s/J. Alexander Heroy | /s/ Kayla N. McDaniel |
| J. Alexander Heroy | Patrick H. Flanagan, NC Bar #17407 |
| Jennifer M. Houti | Kayla N. McDaniel, NC Bar #57995 |
| Alexandra B. Bachman | Cranfill Sumner LLP |
| 525 N. Tryon Street, Suite 700 | P.O. Box 30787 |
| Charlotte, NC 28202 | Charlotte, NC 28230 |
| aheroy@jmdlaw.com | kmcdaniel@cshlaw.com |
| jhouti@jmdlaw.com | phf@cshlaw.com |
| abachman@jmdlaw.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system on counsel for Defendants, as follows:

>Patrick H. Flanagan, NC Bar #17407
>Kayla N. McDaniel, NC Bar #57995
>Cranfill Sumner LLP
>P.O. Box 30787
>Charlotte, NC 28230
>kmcdaniel@cshlaw.com
>phf@cshlaw.com
>*Attorneys for Defendants*

This the 24th day of July, 2024.

**JAMES, McELROY & DIEHL, P.A**

By: /s/J. Alexander Heroy
J. Alexander Heroy
Jennifer M. Houti
Alexandra B. Bachman
525 N. Tryon Street, Suite 700
Charlotte, NC 28202
aheroy@jmdlaw.com
jhouti@jmdlaw.com
abachman@jmdlaw.com
*Attorneys for Plaintiff*